# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| Robert Fernandez, | Plaintiff, | Case No. 22-CV-799 |
| v. | | **MINUTE SHEET** |
| 90 Degree Benefits Wisconsin, et al, | Defendants. | |

**Hon. Stephen C. Dries, presiding.**     **Deputy Clerk:** Tony Byal

**Type of Proceeding:** Final Approval Hearing

**Date:** November 16, 2023 at 9:00 AM     **Court Reporter:** Zoom Audio

**Time Commenced:** 9:01 AM     **Time Concluded:** 9:07 AM

**Appearances:**     **Plaintiff:** Danielle L. Perry

     **Defendant:** Paul Gamboa

**Comments:**

No objections.

Court determines settlement under circumstances is reasonable. Class is adequately represented.

Court approves settlement, attorney's fees and costs, and award to class representatives.

Plaintiff to send proposed order in Word format to chambers email.