# United States District Court
## Eastern District of Wisconsin

**ROBERT FERNANDEZ,**

        Plaintiff(s),

    v.

**90 DEGREE BENEFITS WISCONSIN, and 90 DEGREE BENEFITS LLC,**

        Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case No. 22-CV-799

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried, and the jury has rendered its verdict.

☒   **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the unopposed motion for preliminary approval of class action settlement (ECF No. 24) is **GRANTED.**

    **IT IS FURTHER ORDERED** that the motions for attorney fees (ECF Nos. 27 and 29) is **GRANTED.**

    **IT IS FURTHER ORDERED** that this case is **DISMISSED.**

Dated: November 17, 2023

Approved: *[signature]*
STEPHEN C. DRIES
United States Magistrate Judge

GINA M. COLLETTI
Clerk of Court

*s/ Tony Byal*
(By) Deputy Clerk